**UNITED STATES DISTRICT COURT**
                   **FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                              Case No. 06-cr-183-PB

**Walter Marcus**


### O R D E R

    The defendant has moved to continue the February 6, 2007 trial in the above case, citing the fact that defendant is suffering from a serious medical condition and the need for additional time to engage in plea negotiations or prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 6, 2007 to May 1, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 25, 2007 final pretrial conference is continued to April 19, 2007 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 22, 2007

cc: Jonathan Saxe, Esq.
    Robert Kindslla, AUSA
    United States Probation
    United States Marshal